# Order

Michigan Supreme Court
Lansing, Michigan

June 26, 2006

130973

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

MARGARET ANDRES,
    Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130973
COA: 258280
Wayne CC: 04-007203
24th DC: 04FM6193

      On order of the Court, the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

p0619

                Clerk